SUPERIOR BRASSIERE CO., INC., Respondent, v. ISRAEL ZIMETBAUM and Others, Appellants.— Motion granted. Present — Clarke, P. J., Dowling, Merrell, McAvoy and Burr, JJ.

PERRY J. FULLER and Others, as Executors, etc., v. CLIFFORD B. BIRKBECK, Impleaded, etc.— Motion granted. Settle order on notice. Present — Clarke, P. J., Dowling, Merrell, McAvoy and Burr, JJ.

ISABELLE C. GWATHMEY, Respondent, v. ARCHIBALD B. GWATHMEY, Appellant.— Motion denied. Present — Clarke, P. J., Dowling, Merrell, McAvoy and Burr, JJ.

THOMAS J. DRENNAN, as Fire Commissioner, etc., Appellant, v. SHUBERT THEATRICAL COMPANY (a Domestic Corporation), Respondent.— Application denied, with ten dollars costs. Order signed. Present — Clarke, P. J., Dowling, Merrell, McAvoy and Burr, JJ.

In the Matter of the Application of RACHEL DAY, etc. (Strange Avenue).— Motion granted. Settle order on notice. Present — Clarke, P. J., Dowling, Merrell, McAvoy and Burr, JJ.

In the Matter of JAMES P. TIMONEY, an Attorney.— Proceeding dismissed. Settle order on notice. Present — Clarke, P. J., Dowling, Merrell, McAvoy and Burr, JJ.